IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON JACKSON, | ) | CASE NO. 1:18-CV-476 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE SOLOMON OLIVER |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| BRIGHAM SLOANE, | ) | JONATHAN D. GREENBERG |
| | ) | |
| | ) | REPORT & RECOMMENDATION |
| Respondent. | ) | (Doc. No. 2.) |

This 28 U.S.C. § 2254 petition is before the magistrate judge pursuant to Local Rule 72.2(b)(2). Before the Court is the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, filed, *pro se*, by Petitioner Clifton Jackson ("Petitioner" or "Jackson"). (Doc. No. 1.) Currently pending is Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. No. 2)

Petitioner's Application reflects his prisoner account contains $200.19, and that the average balance in his account over the last six months was $291.83. (Doc. No. 2-1.) Petitioner's resources are thus more than sufficient to expect him to bear the cost of filing a habeas corpus action, which amounts to $5.00.

Accordingly, it is recommended Petitioner's Application be denied and he be ordered to pay the filing fee of $5.00 within fourteen (14) days of the date of an Order adopting this recommendation.

Date: March 8, 2018         *s/ Jonathan D. Greenberg*
                            Jonathan D. Greenberg
                            United States Magistrate Judge

**OBJECTIONS**
**Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).**